UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                          §
                                                §
BOSTON BLACKIES OF WINNETKA,                    §     Case No. 09-44652
INC.
`                                               §
                                                §
            Debtor(s)                           §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                     CLERK  OF THE COURT
                     219 s. DEARBORN STREET
                     CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/27/2012 in Courtroom 682,
                     United States Courthouse
                     219 S. Dearborn Street
                     Chicago IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/16/2012                    By: Clerk of Court


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
BOSTON BLACKIES OF WINNETKA, INC. § Case No. 09-44652
` §
 §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 0.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 0.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14 | RBS Citizens | $ 55,979.14 | $ 55,979.14 | $ 0.00 | $ 0.00 |
| 15 | GECC | $ 6,275,307.03 | $ 6,275,307.03 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Fees: Office of U.S. Trustee | $ 1,625.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 0.00 |
| Remaining Balance | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 77,271.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Dept of Revenue | $ 9,356.32 | $ 0.00 | $ 0.00 |
| 7 | Illinois Dept of Employment Security | $ 1,435.39 | $ 0.00 | $ 0.00 |
| 21 | Dept of Treasury | $ 48,747.63 | $ 0.00 | $ 0.00 |
| 22 | Illinois Dept of Revenue | $ 11,038.81 | $ 0.00 | $ 0.00 |
| 27 | Illinois Dept of Revenue | $ 6,693.42 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors      $  0.00

Remaining Balance      $  0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,949,670.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Illinois Dept of Revenue | $ 656.56 | $ 0.00 | $ 0.00 |
| 2 | TriMark Marlinn, Inc. | $ 5,059.09 | $ 0.00 | $ 0.00 |
| 3 | Southern Wine & Spriits of illinois | $ 1,384.77 | $ 0.00 | $ 0.00 |
| 4 | Sysco Chicago Inc. | $ 1,262,310.36 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | A New Dairy | $ 1,725.17 | $ 0.00 | $ 0.00 |
| 6 | Illinois Dept of Employment Security | $ 0.00 | $ 0.00 | $ 0.00 |
| 7A | Illinois Dept of Employment Security | $ 50.00 | $ 0.00 | $ 0.00 |
| 8 | American Express Bank | $ 41,021.77 | $ 0.00 | $ 0.00 |
| 9 | Rally Capital Services | $ 60,500.00 | $ 0.00 | $ 0.00 |
| 10 | Vienna Beef | $ 2,660.74 | $ 0.00 | $ 0.00 |
| 11 | Mark Solomon | $ 11,146.85 | $ 0.00 | $ 0.00 |
| 12 | United Investors | $ 122,258.04 | $ 0.00 | $ 0.00 |
| 13 | Alpha Baking Company | $ 3,552.65 | $ 0.00 | $ 0.00 |
| 14A | RBS Citizens | $ 983,962.25 | $ 0.00 | $ 0.00 |
| 16 | CoActiv Capital Partners | $ 1,181,990.29 | $ 0.00 | $ 0.00 |
| 17 | David Ofman | $ 202,000.00 | $ 0.00 | $ 0.00 |
| 19 | Morgan & Bley | $ 27,917.74 | $ 0.00 | $ 0.00 |
| 20 | Morgean & Bley | $ 27,917.74 | $ 0.00 | $ 0.00 |
| 21A | Dept of Treasury | $ 10,429.28 | $ 0.00 | $ 0.00 |
| 22A | Illinois Dept of Revenue | $ 656.56 | $ 0.00 | $ 0.00 |
| 24 | U.S. Foodservice | $ 1,458.13 | $ 0.00 | $ 0.00 |
| 25 | Wirtz Beverage Illinois | $ 239.76 | $ 0.00 | $ 0.00 |
| 26 | Supreme Lobster | $ 773.17 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors  $ 0.00

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
            Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 09-44652-JBS
Boston Blackies of Winnetka, Inc. Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: kseldon     Page 1 of 4     Date Rcvd: Aug 17, 2012
                   Form ID: pdf006     Total Noticed: 96

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2012.

```
db           #+Boston Blackies of Winnetka, Inc.,    801 W. Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768497     +A New Dairy,   1234 W Randolph,    Chicago, IL 60607-1604
15164492     +AT&T,   Bankruptcy Department,    PO Box 769,    Arlington TX 76004-0769
14768498     +Adolfo Pareja,   706 Greenbay Road,    Highwood, IL 60040-1117
14768499     +Alpha Baking Company Inc.,    36230 Treasury Center,    Chicago, IL 60694-6200
14768500     +Alsco,   2641 S. Leavitt,    Chicago, IL 60608-5215
14768501     +Alsco-American Linen,    2641 S Leavitt,    Chicago, IL 60608-5215
14952964      American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14768502     +Anderson Pest Control,    501 W Lake Street,    Suite 204,    Elmhurst, IL 60126-1419
15164476     +Boston Blackies - 164 East Grand,    164 E Grand Avenue,    Chicago, IL 60611-3806
14768503     +Boston Blackies Lake Cook Plaza Inc,    801 West Adams Street,    Suite 201,
               Chicago, IL 60607-3035
14768505     +Boston Blackies Naperville LLC,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
15164480     +Boston Blackies Properties IV Inc,    801 W Adams street Suite 201,    Chicago, IL 60607-3035
14768506     +Boston Blackies of Arlington Height,    801 West Adams Street,    Suite 201,
               Chicago, IL 60607-3035
14768507     +Boston Blackies of Lincoln Park LLC,    1962 N Halsted,    Chicago, IL 60614-5009
15164477     +Boston Blackies of Naperville, LLC,    916 S Route 59,    Naperville, IL 60540-0933
15164479     +Boston Blackies of Properties II Inc,    801 W Adams Street suite 201,    Chicago, IL 60607-3035
14768508     +Boston Blackies of Riverside Plaza,    801 West Adams Street,    Suite 201,
               Chicago, IL 60607-3035
15164478     +Boston Blackies of Riverside Plaza,    120 S Riverside Plaza,    Floor 1,    Chicago, IL 60606-3947
14768509      Boston Blackies of Skokie, Inc.,    9225 Skokie Blvd,    Skokie, IL 60077
14768510     +Boston Blackies of Winnetka LLC,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768511      Champion Energy,    PO Box 3115,    Houston, TX 77253-3115
15164481     +Champion Energy LLC,    Attn Bankruptcy Dept,    13831 NW Freeway Suite 250,
               Houston, TX 77040-5205
14768512     +Chris Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
15168333     +CoActiv Capital Partners, Inc.,    c/o Deeb Petrakis Blum & Murphy, P.C.,
               1601 Market Street, Suite 2600,    Philadelphia, PA 19103-2349
14768513     +Cody Campbell,    213 Linden,    Winnetka, IL 60093-3861
14768514     +Dalmatian Fire Equipment, Ltd.,    531 Monroe St.,    Dolton, IL 60419-1134
14768515     +Daniel Corona,    626 Sheridan Rd, Apt. 2D,    Highwood, IL 60040-1018
14768516     +David Lopez,    1860 Sunyside,    Highland Park, IL 60035-2159
14768517     +David Ofman,    C/O Chapman & spingola,    77 w Wacker Dr Suite 4800,    Chicago, IL 60601-1664
15164484     +DirecTV,    DirecTV Office of General Counsel,    PO Box 915,    El Segundo, CA 90245-0915
14768518     +Donick Holdings, Inc.,    801 W Adams St,    Suite 201,    Chicago, IL 60607-3035
14768519     +Donick Holdings, Inc.,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768520     +Donna Giannis,    801 W Adams St,    Suite 201,    Chicago, IL 60607-3035
14768521     +Donna Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
15164485     +Donna Giannis,    6424 N Tower Court,    Lincolnwood, IL 60712-4208
14768522     +Elias Santiago,    460 Greenbay Road,    Highwood, IL 60040-1306
14768523     +Empire Cooler Service, Inc.,    940 W. Chicago Avenue,    Chicago, IL 60642-5494
14768524     +Empire Cooling Service, Inc.,    940 W Chicago Ave.,    Chicago, IL 60642-5494
14768525     +Eric Anderson,    1351 N Western Ave,    Lake Forest, IL 60045-1277
14768526     +Erik Melle,    318 Temple Ave,    Highland Park, IL 60035-1427
14768528     +GE Capital Corp.,    8377 E. Hartford Drive,    Suite 200,    Scottsdale, AZ 85255-5687
14768529     +GE Capital Corp.,    c/o R. Peterson, Jenner & Block,    330 N Wabash Ave, 38th Flr,
               Chicago, IL 60611-3586
15159873     +General Electric Capital Corporation,    Attn: Collateral Management,
               8377 East Hartford Drive, Suite 200,    Scottsdale, AZ 85255-5687
14768530     +Harrison Furse,    1025 Ashland,    Wilmette, IL 60091-1739
14768531     +Hector Lopez,    1860 Sunnyside Ave,    Highland Park, IL 60035-2159
14768532     +IL Dept. of Employment Securities,    PO Box 19300,    Springfield, IL 62794-9300
14768533    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    101 W Jefferson St,
               Springfield, IL 62702)
14923659     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14814175      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14768535     +Javier Pinto,    614 Sheridan Rd #2B,    Highwood, IL 60040-1024
14768536     +Jeisy Rodriguez,    235 Highwood Ave,    Highwood, IL 60040-1505
14768537     +Jose Velasquez,    316 Rosewood Ct,    Northbrook, IL 60062-4802
14768538     +Lauren Shifflett,    623 Cherry St,    Winnetka, IL 60093-2614
14768539     +Lux Security,    3611 N Nottingham Ave,    Chicago, IL 60634-2243
14768540      Mark Solomon Ltd.,    PO Box 934,    Northbrook, IL 60065-0934
15169385     +Morgan & Bley, Ltd.,    900 West Jackson Blvd.,    Suite 4 East,    Chicago, Illinois 60607-3745
14768541      Muzak -North Central Region,    PO Box 71070,    Charlotte, NC 28272-1070
14768542     +NEO Networks Inc,    4030 Overhill Ave,    Norridge, IL 60706-1005
14768545     +NSN Employer Services Inc,    PO Box 617665,    Chicago, IL 60661-7665
14768543     +Nick Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
15164486     +Nick Giannis,    6424 N Tower Court,    Lincolnwood, IL 60712-4208
14768544     +Nordic Energy,    625 Plainfield Road,    Suite 226,    Willowbrook, IL 60527-5368
15164493     +North Shore Gas Company,    130 E Randolph Drive,    Chicago IL 60601-6203
```

```
District/off: 0752-1          User: kseldon              Page 2 of 4                   Date Rcvd: Aug 17, 2012
                              Form ID: pdf006            Total Noticed: 96


14768496     +One Sixty Four Grand Inc.,   801 West Adams Street,   Suite 201,   Chicago, IL 60607-3035
14768546     +Pedro Pareja,   2648 Waukegan Rd,   Highland Park, IL 60035-1431
15164494     +Peoples Gas Light & Coke Company,   130 E Randolph Drive,   Chicago IL 60601-6203
14768547     +Peter Pan Restaurant Management and,   Consultants, Inc.,   612 N. Wells Street,
               Chicago, IL 60654-3715
14768551     +RBS Citizens, NA d/b/a Charter One,   c/o Riemer & Braunstein, LLP,   71 S. Wacker Dr., Ste. 3515,
               Chicago, IL 60606-4610
14768549      Radiant Systems,   PO Box 198755,   Atlanta, GA 30384-8755
14768550     +Rally Capital Services, LLC.,   350 N. LaSalle Street,   Suite 1100,   Chicago, IL 60654-5131
14768552     +Rose Bradley,   3470 Tamarind,   Northbrook, IL 60062-2233
14768553      Southern Wine & Spirits of Illinois,   2971 Paysphere Circle,   Chicago, IL 60674-2971
14768554     +Sta-Kleen, Inc.,   803 W Estes Avenue,   Schaumburg, IL 60193-4477
14768555     +Steve Straton,   406 S. Cook Street,   Barrington, IL 60010-4318
14768556     +Stewarts Private Blend Foods, Inc.,   4110 Wrightwood Ave,   Chicago, IL 60639-2172
14768557     +Supreme Lobster Co.,   220 E. North Ave,   Villa Park, IL 60181-1207
14768558     +Sysco Chicago Inc.,   c/o McMahan & Sigunick Ltd.,   412 S. Wells St, 6th Flr,
               Chicago, IL 60607-3972
14768559      Total Management Systems Inc.,   900 W Fullerton Ave,   Addison, IL 60101-3306
15164487     +TriMark Marlinn Inc,   6100 W 73rd St Suite 1,   Bedford Park, IL 60638-6107
14768561     +TriMark Marlinn, Inc.,   C/O Teller Levit & Silvertrust PC,   11 E Adams St #800,
               Chicago, IL 60603-6324
17530597     +U.S. Foodservice, Inc.,   c/o Saul Ewing LLP,   1500 Market Street, 38th Floor,
               Philadelphia, PA 19102-2128,   Attn: J. Hampton/M. Rand
14768563     +US Food Services,   PO Box 98045,   Chicago, IL 60693-8045
15164488     +United Investors Inc,   5948 N Broadway,   Chicago, IL 60660-3524
14768562     +United Investors, Inc.,   Mitchell Whitaker,   Gonsky Baum & Whittaker LTD,
               112 S Sangamon 4th Fl,   Chicago, IL 60607-2927
14768564      Versa Foods, Inc.,   320 W Gerri Lane,   Addison, IL 60101-5012
14768565     +Veterans Linen Supply Co., Inc.,   627 S. 89th St,   Milwaukee, WI 53214-1399
15004192     +Vienna Beef LTD,   C/O Kevin Andersen,   2501 N Damen Ave,   Chicago, IL 60647-2101
14768566     +Vienna Sausage Mfg.,   2549 Paysphere Circle,   Chicago, IL 60674-0025
15164489     +Village of Glenco,   Finance Department,   675 Village Court,   Glencoe, IL 60022-1609
14768567     +Walter J. Jr. Inc.,   2441 E Seminary Ave,   Des Plaines, IL 60016-4843
14768568      Waste Management,   PO Box 4648,   Carol Stream, IL 60197-4648
15164490     +Waste Management,   Attn Dennis Wilt,   720 E Butterfield Rd 4th Fl,   Lombard, IL 60148-5689
14768570      Wirtz Beverage Illinois, LLC,   PO Box 809180,   Chicago, IL 60680-9180
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15164483     +E-mail/Text: legalcollections@comed.com Aug 18 2012 00:50:07     Commonwealth Edison,
               C/O LaShonda Hunt,   10 S Dearborn St 35th Fl,   Chicago, IL 60603-2398
14768534      E-mail/Text: cio.bncmail@irs.gov Aug 18 2012 00:45:47     Department of the Treasury,
               Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16244752      Office of the U.S. Trustee
14923670*    +Illinois Department of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
14768560*    +Total Management Systems, Inc.,   900 W. Fullerton Avenue,   Addison, IL 60101-3306
14768569*    +Waste Management,   PO Box 4648,   Carol Stream, IL 60197-4648
14768504    ##+Boston Blackies Management, Inc.,   801 West Adams Street,   Suite 201,   Chicago, IL 60607-3035
15164482    ##+Chris Giannis,   6424 N Tower Court,   Lincolnwood, IL 60712-4208
14768527    ##+Evgeniya Gurevich,   1241 Prairie Brook Dr, Apt C,   Palatine, IL 60074-3184
14768548    ##+Polina Gruzova,   1345 Wyndham Circle, #103,   Palatine, IL 60074-7948
                                                                                   TOTALS: 1, * 3, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: kseldon              Page 3 of 4           Date Rcvd: Aug 17, 2012
                              Form ID: pdf006            Total Noticed: 96
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2012**                        **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: kseldon              Page 4 of 4              Date Rcvd: Aug 17, 2012
                              Form ID: pdf006            Total Noticed: 96
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2012 at the address(es) listed below:

    Beverly A Berneman   on behalf of Debtor   Boston Blackies of Winnetka, Inc. baberneman@golanchristie.com, lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com

    Brenda Porter Helms   brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com

    Eileen M Sethna   on behalf of Debtor   Boston Blackies of Winnetka, Inc. esethna@chuhak.com, rsaldivar@chuhak.com

    Jeffrey D Ganz   on behalf of Creditor   RBS Citizens, N.A., d/b/a Charter One, successor by merger with Charter One Bank, N.A. jganz@riemerlaw.com,   saguado@riemerlaw.com

    Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

    Robert R Benjamin   on behalf of Debtor   Boston Blackies of Winnetka, Inc. rrbenjamin@golanchristie.com, lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;aprior@golanchristie.com

    Thomas M Lombardo   on behalf of Creditor   RBS Citizens, N.A., d/b/a Charter One, successor by merger with Charter One Bank, N.A. tlombardo@riemerlaw.com

    TOTAL: 7