UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BOSTON BLACKIES OF WINNETKA, § Case No. 09-44652
INC. §
` §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/BRENDA PORTER HELMS, TRUSTEE_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | GECC |  |  |  |  |  |
| 14 | CITIZENS, RBS |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| OFFICE OF U.S. TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A. Pareja | | | | | |
| | C. Campbell | | | | | |
| | D. Corona | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | D. Lopez |  |  |  |  |  |
|  | E. Anderson |  |  |  |  |  |
|  | E. Gurevich |  |  |  |  |  |
|  | E. Melle |  |  |  |  |  |
|  | E. Santiago |  |  |  |  |  |
|  | H. Furse |  |  |  |  |  |
|  | H. Lopez |  |  |  |  |  |
|  | IRS |  |  |  |  |  |
|  | J. Pinto |  |  |  |  |  |
|  | J. Rodriguez |  |  |  |  |  |
|  | J. Velasquez |  |  |  |  |  |
|  | L. Shifflet |  |  |  |  |  |
|  | P. Gruzova |  |  |  |  |  |
|  | P. Pareja |  |  |  |  |  |
|  | R. Bradley |  |  |  |  |  |
|  | S. Straton |  |  |  |  |  |
| 21 | DEPT OF TREASURY |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 1 | ILLINOIS DEPT OF REVENUE | | | | | |
| 22 | ILLINOIS DEPT OF REVENUE | | | | | |
| 27 | ILLINOIS DEPT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALSCO | | | | | |
| | AT&T | | | | | |
| | Anderson Pest Control | | | | | |
| | Boston Blackies 164 E. Grand | | | | | |
| | Boston Blackies Management Inc. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Boston Blackies Properties II, Inc. | | | | | |
| | Boston Blackies Property IV LLC | | | | | |
| | Boston Blackies of Lincoln Park | | | | | |
| | Boston Blackies of Naperville | | | | | |
| | Boston Blackies of Riverside Plaza | | | | | |
| | Boston Blackies of Skokie | | | | | |
| | C. Giannis | | | | | |
| | Champion Energy | | | | | |
| | Com Ed | | | | | |
| | Dalmation Fire Equip | | | | | |
| | DirecTV | | | | | |
| | Donna Giannis | | | | | |
| | Empire Cooler | | | | | |
| | Lux Security System | | | | | |
| | Muzak North Central | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | N. Giannis |  |  |  |  |  |
|  | NEO Networks |  |  |  |  |  |
|  | NSN Employer Services |  |  |  |  |  |
|  | Nordic Energy |  |  |  |  |  |
|  | North Shore Gas |  |  |  |  |  |
|  | Peoples Gas Light & Coke Company |  |  |  |  |  |
|  | Radiant Systems |  |  |  |  |  |
|  | Sta-Klenn, Inc. |  |  |  |  |  |
|  | Stewarts Private Blend Foods |  |  |  |  |  |
|  | Total Management Services |  |  |  |  |  |
|  | Versa |  |  |  |  |  |
|  | Veterans Linen Supply |  |  |  |  |  |
|  | Village of Glenco |  |  |  |  |  |
|  | Walter J Jr. Inc. |  |  |  |  |  |
|  | Waste Management |  |  |  |  |  |
| 13 | ALPHA BAKING COMPANY |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | AMERICAN EXPRESS BANK | | | | | |
| 10 | BEEF, VIENNA | | | | | |
| 14A | CITIZENS, RBS | | | | | |
| 16 | COACTIV CAPITAL PARTNERS | | | | | |
| 5 | DAIRY, A NEW | | | | | |
| 17 | DAVIDOFMAN | | | | | |
| 21A | DEPT OF TREASURY | | | | | |
| 24 | FOODSERVICE, U.S. | | | | | |
| 25 | ILLINIOS, WIRTZ BEVERAGE | | | | | |
| 6 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 7A | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 1A | ILLINOIS DEPT OF REVENUE | | | | | |
| 22A | ILLINOIS DEPT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | INVESTORS, UNITED | | | | | |
| 26 | LOBSTER, SUPREME | | | | | |
| 19 | MORGAN & BLEY | | | | | |
| 20 | MORGEAN & BLEY | | | | | |
| 18 | OFMAN, DAVID | | | | | |
| 9 | RALLY CAPITAL SERVICES | | | | | |
| 11 | SOLOMON, MARK | | | | | |
| 3 | SOUTHERN WINE & SPRIITS OF ILLINOIS | | | | | |
| 4 | SYSCO CHICAGO INC. | | | | | |
| 2 | TRIMARK MARLINN, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 09-44652 | Judge: JACK B. SCHMETTERER | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF WINNETKA, INC. | | Date Filed (f) or Converted (c): | 09/16/10 (c) |
| | ` | | 341(a) Meeting Date: | 12/23/09 |
| For Period Ending: | 10/02/12 | | Claims Bar Date: | 10/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 500.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCOUNTS | 6,085.00 | 0.00 | | 2,455.85 | FA |
| 3. SECURITY DEPOSITS | 20,000.00 | 0.00 | | 0.00 | FA |
| 4. LICENSES | 2.00 | 0.00 | | 0.00 | FA |
| 5. MACHINERY, FIXTURES, AND BUSINESS E | 34,980.00 | 0.00 | | 0.00 | FA |
| 6. INVENTORY | 13,643.00 | 0.00 | | 0.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.19 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $75,210.00 $0.00 $2,456.04 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/12    Current Projected Date of Final Report (TFR): 12/30/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-44652 -JS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | BOSTON BLACKIES OF WINNETKA, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | ` | Account Number / CD #: | *******5767  Money Market - Interest Bearing |
| Taxpayer ID No: | *******3262 | | |
| For Period Ending: | 10/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/05/11 | | Boston Blackies | | 2,455.85 | | | | | 2,455.85 |
| 03/05/11 | 2 | Asset Sales Memo: | BANK ACCOUNTS  $2,455.85 | | | | | | 2,455.85 |
| 03/31/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.01 | | | | 2,455.86 |
| 04/29/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.02 | | | | 2,455.88 |
| 05/31/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.02 | | | | 2,455.90 |
| 06/30/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.02 | | | | 2,455.92 |
| 07/29/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.02 | | | | 2,455.94 |
| 08/31/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.02 | | | | 2,455.96 |
| 09/30/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.02 | | | | 2,455.98 |
| 10/31/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.02 | | | | 2,456.00 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -3.13 | | 2,452.87 |
| 11/30/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.02 | | | | 2,452.89 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -3.02 | | 2,449.87 |
| 12/28/11 | 7 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.02 | | | | 2,449.89 |
| 12/28/11 | | Transfer to Acct #*******6180 | Final Posting Transfer | | | | | -2,449.89 | 0.00 |

| Account *******5767 | | Balance Forward | 0.00 | | 0 Checks | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 | Deposits | 2,455.85 | | 2 Adjustments Out | 6.15 |
| | 10 | Interest Postings | 0.19 | | 1 Transfers Out | 2,449.89 |
| | | Subtotal | $ 2,456.04 | | | |
| | | | | | Total | $ 2,456.04 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 2,456.04 | | | |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Ver: 17.00a

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44652 -JS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF WINNETKA, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | ` | Account Number / CD #: | *******6180 Checking - Non Interest |
| Taxpayer ID No: | *******3262 | | |
| For Period Ending: | 10/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/28/11 | | Transfer from Acct #*******5767 | Transfer In From MMA Account | | | | | 2,449.89 | 2,449.89 |
| 12/29/11 | 001001 | Illinois Department of Revenue | post petition taxes | | | 753.13 | | | 1,696.76 |
| 01/20/12 | | GE Capital Franchise Finan | 12/30/11 wire to secured creditor 12/30/11 wire transfer to secured creditor per court order 12/11 | | | 1,696.76 | | | 0.00 |
| * 01/20/12 | 001002 | GE Capital Franchise Finan | 12/30/11 Wire to secured creditor 12/30/11 wire transfer to secured creditor per court order 12/11 | | | 1,696.76 | | | -1,696.76 |
| * 01/20/12 | 001002 | GE Capital Franchise Finan | 12/30/11 Wire to secured creditor posted in error | | | -1,696.76 | | | 0.00 |

| Account *******6180 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 0 Deposits | 0.00 | 4 | Checks | 2,449.89 |
| | 0 Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 2,449.89 |
| | 0 Adjustments In | 0.00 | | | |
| | 1 Transfers In | 2,449.89 | | | |
| | Total | $ 2,449.89 | | | |

LFORM2XT

Ver: 17.00a

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44652 -JS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF WINNETKA, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | ` | Account Number / CD #: | *******6180  Checking - Non Interest |
| Taxpayer ID No: | *******3262 | | |
| For Period Ending: | 10/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

|  | Report Totals | | Balance Forward | 0.00 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 1 | Deposits | 2,455.85 | | 4 Checks | 2,449.89 | |
| | | 10 | Interest Postings | 0.19 | | 2 Adjustments Out | 6.15 | |
| | | | | | | 1 Transfers Out | 2,449.89 | |
| | | | Subtotal | $ 2,456.04 | | | | |
| | | | | | | Total | $ 4,905.93 | |
| | | 0 | Adjustments In | 0.00 | | | | |
| | | 1 | Transfers In | 2,449.89 | | | | |
| | | | Total | $ 4,905.93 | | Net Total Balance | $ 0.00 | |

/s/    BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 10/02/12

BRENDA PORTER HELMS, TRUSTEE

LFORM2XT   UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Ver: 17.00a